CHRISTOPHER P. BURKE, ESQ.           *ECF FILED ON 04/15/09*
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorneys for Defendant,
Franklin A. Mitchell

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-08-24236-BAM |
| **FRANKLIN A. MITCHELL,** | Chapter 7 |
| Debtor, | Adv. No.: 09-01068-BAM |
| **STEPHEN BERINGER and MARIA-NICOLLE BERINGER,** | |
| Plaintiff, | **ANSWER** |
| vs. | |
| **FRANKLIN A. MITCHELL,** | DATE: |
| Defendant, | TIME: |

Defendant, Franklin A. Mitchell, (hereinafter "Mitchell" or "Defendant") by and through his attorney, Christopher P. Burke, Esq., Answers the Complaint of Plaintiffs, Stephen and Maria-Nicolle Beringer, (hereinafter "Beringer" or "Plaintiffs") by and through their attorney, Brian D. Shapiro, Esq. of LAW OFFICE OF BRIAN D. SHAPIRO, LLC.:

1. Mitchell admits the following allegations paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 43.

2. Mitchell denies the following allegations paragraphs 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85.

**<u>AFFIRMATIVE DEFENSE ONE</u>**

(Failure to State a Cause of Action)

The Plaintiff's Complaint fails to state a cause of action against Geronimo upon which relief can be granted.

**<u>AFFIRMATIVE DEFENSE TWO</u>**

(Doctrine of Laches)

The Plaintiff has failed to assert his rights and/or claims in a timely manner and is barred by the applicable Doctrine of Laches.

**<u>AFFIRMATIVE DEFENSE THREE</u>**

(Subject Matter Jurisdiction)

The Court lacks subject matter jurisdiction in this action.

**<u>AFFIRMATIVE DEFENSE FOUR</u>**

(Statute of Limitations)

Plaintiff's claim is not timely and barred by the applicable statute of limitations.

**<u>AFFIRMATIVE DEFENSE FIVE</u>**

(Mitigation)

1  Plaintiff failed to take reasonable action to mitigate the damages claimed in the complaint to be a result of Defendants acts or omissions.  Accordingly, the amount of damages to which Plaintiff is entitled, if any, must be diminished or barred by reason thereof.

**AFFIRMATIVE DEFENSE SIX**

(No Causal Relationship)

Plaintiff is barred, in whole or in part, from recovering from Defendant on any claims because there is no causal relationship between any damages, the claimants alleged to have been suffered, and any act of Defendants.

WHEREFORE, Defendant respectfully requests this Court deny Plaintiffs Complaint and grant the relief requested below:

1. Dismiss Plaintiff's Complaint with prejudice.
2. Award Plaintiff nothing by way of this complaint.
3. Award Defendant attorney fees. 11 U.S.C. §523(d).
4. For any other relief deemed just and proper.

Dated this 15th of April, 2009.

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.:  004093
218 S. Maryland Pkwy.
Las Vegas, NV  89101
(702) 385-7987